# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Pollak, Cheryl L. | 2. Court or Organization  U.S. District Court, E.D.N.Y. | 3. Date of Report  09/24/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Magistrate Judge (Full-Time) | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Morgan Lewis & Bockius - partnership |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan, Lewis & Bockius Defined Contribution Plan | A | Interest | P1 | T | | | | | |
| 2. - William Blair International Growth Fund - Class I | | | | | | | | | |
| 3. - Dodge & Cox International Stock Fund | | | | | | | | | |
| 4. - DFA US Small Cap Portfolio; Class I | | | | | | | | | |
| 5. - Goldman Sachs Global Income Fund Institutional Shares | | | | | | | | | |
| 6. Morgan Lewis & Bockius Tax Saver Retirement Plan | A | Interest | O | T | | | | | |
| 7. - Conestoga Small Cap Fund - Institutional Class | | | | | | | | | |
| 8. - Royce Opp. Fund - Institutional Shares | | | | | | | | | |
| 9. - Vanguard Institutional Index Fund | | | | | | | | | |
| 10. - Vanguard Admiral Growth Fund | | | | | | | | | |
| 11. - Vanguard Winter 2 Admiral Fund | | | | | | | | | |
| 12. - Vanguard Prime Money Market Fund - Institutional Shares | | | | | | | | | |
| 13. - Vanguard Total Bound Market - Joint Shares | | | | | | | | | |
| 14. - William Blair International Growth Fund - Class I | | | | | | | | | |
| 15. - Goldman Sachs Global Income Fund Institutional Shares | | | | | | | | | |
| 16. Vanguard 500 Index Fund (no control) | A | Interest | O | T | | | | | |
| 17. Rental Property Kiawah Island, SC (2010 $1.8 million) | E | Rent | P1 | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Rental Property Syosset, NY 11791 (2014 $2 million) (X) | A | Rent | P1 | R | | | | | |
| 19. AB Discovery Growth Fund | A | Dividend | K | T | Buy (add'l) | 10/03/14 | J | | |
| 20. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 21. AB Discovery Value Fund | A | Dividend | K | T | Buy (add'l) | 12/23/14 | J | | |
| 22. Actavis | A | Dividend | J | T | Buy | 05/12/14 | J | | |
| 23. | | | | | Buy (add'l) | 06/09/14 | J | | |
| 24. | | | | | Buy (add'l) | 06/17/14 | J | | |
| 25. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 26. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 27. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 28. AETNA | A | Dividend | K | T | Buy | 05/27/14 | J | | |
| 29. | | | | | Buy (add'l) | 06/11/14 | J | | |
| 30. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 31. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 32. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 33. Affiliated Managers Group | A | Dividend | J | T | Sold (part) | 07/30/14 | J | A | |
| 34. | | | | | Buy (add'l) | 10/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 36. Allergan Inc. | A | Dividend | J | T | Buy (add'l) | 01/08/14 | J | | |
| 37. | | | | | Sold (part) | 02/14/14 | J | A | |
| 38. | | | | | Sold (part) | 05/02/14 | J | A | |
| 39. | | | | | Sold (part) | 05/27/14 | J | A | |
| 40. | | | | | Sold (part) | 07/09/14 | J | A | |
| 41. | | | | | Sold (part) | 10/08/14 | J | B | |
| 42. AllianceBernstein Multi-manager Alternative Fund | A | Dividend | N | T | | | | | |
| 43. Allstate | A | Dividend | J | T | Buy | 12/11/14 | J | | |
| 44. Amazon.com Inc. | A | Dividend | | | Sold (part) | 01/03/14 | J | B | |
| 45. | | | | | Sold (part) | 04/07/14 | J | A | |
| 46. | | | | | Sold (part) | 04/10/14 | J | A | |
| 47. | | | | | Sold (part) | 04/25/14 | J | A | |
| 48. | | | | | Sold (part) | 05/21/14 | J | A | |
| 49. | | | | | Sold | 06/04/14 | J | A | |
| 50. AMDOCS Ltd. | A | Dividend | J | T | Buy (add'l) | 01/08/14 | J | | |
| 51. | | | | | Sold (part) | 02/19/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 06/09/14 | J | A | |
| 53. | | | | | Buy (add'l) | 10/08/14 | J | | |
| 54. | | | | | Sold (part) | 12/11/14 | J | A | |
| 55. American Electric Power | A | Dividend | J | T | Buy | 04/25/14 | J | | |
| 56. | | | | | Buy (add'l) | 05/02/14 | J | | |
| 57. | | | | | Buy (add'l) | 05/21/14 | J | | |
| 58. | | | | | Buy (add'l) | 10/13/14 | J | | |
| 59. | | | | | Buy (add'l) | 10/14/14 | J | | |
| 60. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 61. | | | | | Buy (add'l) | 10/24/14 | J | | |
| 62. American Express Co. | A | Dividend | K | T | Buy (add'l) | 05/09/14 | J | | |
| 63. | | | | | Sold (part) | 06/09/14 | J | A | |
| 64. | | | | | Buy (add'l) | 06/19/14 | J | | |
| 65. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 66. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 67. | | | | | Sold (part) | 12/03/14 | J | A | |
| 68. American International Group | A | Dividend | K | T | Buy (add'l) | 01/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 01/10/14 | J | | |
| 70. American Tower Corp. | A | Dividend | J | T | Buy | 01/03/14 | J | | |
| 71. | | | | | Buy (add'l) | 01/06/14 | J | | |
| 72. AMG GW&K Small Cap (formerly GW&K Small Cap) | A | Dividend | O | T | Buy (add'l) | 01/22/14 | J | | |
| 73. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 74. Amphenol Corp. | A | Dividend | J | T | Buy (add'l) | 03/19/14 | J | | |
| 75. Ansys Inc. | A | Dividend | J | T | Buy (add'l) | 01/08/14 | J | | |
| 76. | | | | | Sold (part) | 02/10/14 | J | A | |
| 77. | | | | | Sold (part) | 04/29/14 | J | A | |
| 78. | | | | | Sold (part) | 05/27/14 | J | A | |
| 79. | | | | | Sold (part) | 06/09/14 | J | A | |
| 80. | | | | | Buy (add'l) | 09/04/14 | J | | |
| 81. | | | | | Buy (add'l) | 09/26/14 | J | | |
| 82. | | | | | Buy (add'l) | 10/21/14 | J | | |
| 83. | | | | | Sold (part) | 12/16/14 | J | A | |
| 84. Anthem Inc. (formerly Wellpoint Inc.) | A | Dividend | K | T | Sold (part) | 01/07/14 | J | C | |
| 85. | | | | | Buy (add'l) | 07/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 87. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 88. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 89. | | | | | Buy (add'l) | 09/05/14 | J | | |
| 90. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 91. Aon | A | Dividend | J | T | Buy (add'l) | 04/28/14 | J | | |
| 92. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 93. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 94. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 95. Apple Inc. | A | Dividend | K | T | Buy (add'l) | 01/03/14 | J | | |
| 96. | | | | | Buy (add'l) | 01/06/14 | J | | |
| 97. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 98. | | | | | Sold (part) | 06/27/14 | J | A | |
| 99. | | | | | Sold (part) | 09/26/14 | J | C | |
| 100. Assurant Inc. | A | Dividend | | | Buy (add'l) | 01/03/14 | J | | |
| 101. | | | | | Buy (add'l) | 02/05/14 | J | | |
| 102. | | | | | Buy (add'l) | 02/28/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 10/02/14 | J | A | |
| 104. Artisan Int'l Fund | A | Dividend | M | T | | | | | |
| 105. AT&T Inc. | A | Dividend | | | Buy (add'l) | 01/17/14 | J | | |
| 106. | | | | | Sold (part) | 01/21/14 | J | A | |
| 107. | | | | | Sold | 02/18/14 | J | A | |
| 108. Autozone Inc. | A | Dividend | J | T | Buy | 04/24/14 | J | | |
| 109. | | | | | Buy (add'l) | 05/06/14 | J | | |
| 110. | | | | | Buy (add'l) | 05/16/14 | J | | |
| 111. | | | | | Buy (add'l) | 08/20/14 | J | | |
| 112. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 113. Ball Corp. | A | Dividend | J | T | Buy | 02/04/14 | J | | |
| 114. | | | | | Buy (add'l) | 02/07/14 | J | | |
| 115. | | | | | Buy (add'l) | 02/20/14 | J | | |
| 116. | | | | | Buy (add'l) | 03/24/14 | J | | |
| 117. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 118. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 119. Bank of America | A | Dividend | K | T | Sold (part) | 01/17/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Bank of America - CD (formerly Citibank NA - CD) | A | Interest | | | Matured | 03/10/14 | J | A | |
| 121. Becton Dickinson & Co. | A | Dividend | J | T | Sold (part) | 06/09/14 | J | A | |
| 122. | | | | | Sold (part) | 10/06/14 | J | A | |
| 123. Berkshire Hathaway Inc. | A | Dividend | K | T | Sold (part) | 09/05/14 | J | B | |
| 124. Bernstein Emerging Markets Portfolio | A | Dividend | K | T | Buy (add'l) | 12/09/14 | J | | |
| 125. Bernstein International Portfolio | B | Dividend | L | T | Sold (part) | 02/05/14 | J | B | |
| 126. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 127. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 01/02/14 | J | | |
| 128. | | | | | Buy (add'l) | 01/07/14 | J | | |
| 129. | | | | | Buy (add'l) | 01/17/14 | J | | |
| 130. | | | | | Buy (add'l) | 02/20/14 | J | | |
| 131. | | | | | Buy (add'l) | 03/20/14 | J | | |
| 132. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 133. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 134. | | | | | Buy (add'l) | 06/09/14 | K | | |
| 135. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 136. | | | | | Buy (add'l) | 06/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 07/18/14 | J | | |
| 138. | | | | | Buy (add'l) | 08/20/14 | J | | |
| 139. | | | | | Buy (add'l) | 09/19/14 | J | | |
| 140. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 141. | | | | | Buy (add'l) | 11/20/14 | J | | |
| 142. | | | | | Buy (add'l) | 12/08/14 | K | | |
| 143. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 144. Bernstein Tax Managed International Portfolio | D | Dividend | N | T | Sold (part) | 01/02/14 | L | A | |
| 145. | | | | | Buy (add'l) | 02/05/14 | J | | |
| 146. | | | | | Sold (part) | 06/09/14 | J | A | |
| 147. | | | | | Sold (part) | 07/08/14 | J | A | |
| 148. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 149. Bernstein Tax-Aware Overlay A Portfolio Class A - (no control) | B | Dividend | N | T | Buy (add'l) | 01/07/14 | K | | |
| 150. | | | | | Buy (add'l) | 12/16/14 | K | | |
| 151. | | | | | Buy (add'l) | 12/30/14 | L | | |
| 152. Bernstein Tax-Aware Overlay N Portfolio Class 1 ((no control) | D | Dividend | P1 | T | | | | | |
| 153. Biogen Idec Inc. | A | Dividend | J | T | Sold (part) | 01/03/14 | J | A | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 02/06/14 | J | A | |
| 155. | | | | | Sold (part) | 02/25/14 | J | A | |
| 156. | | | | | Sold (part) | 03/06/14 | J | A | |
| 157. | | | | | Buy (add'l) | 06/09/14 | J | | |
| 158. | | | | | Sold (part) | 11/17/14 | J | A | |
| 159. Blackrock Global Allocations Fd Inc. | A | Dividend | J | T | Sold (part) | 01/22/14 | J | A | |
| 160. Boeing Co. | A | Dividend | J | T | Sold (part) | 05/12/14 | J | A | |
| 161. | | | | | Sold (part) | 06/09/14 | J | A | |
| 162. | | | | | Sold (part) | 07/29/14 | J | A | |
| 163. | | | | | Sold (part) | 08/15/14 | J | A | |
| 164. Booz Allen Hamilton Holding | A | Dividend | J | T | Buy | 05/13/14 | J | | |
| 165. Brocade Communications | A | Dividend | J | T | Buy | 03/06/14 | J | | |
| 166. | | | | | Buy (add'l) | 06/09/14 | J | | |
| 167. | | | | | Buy (add'l) | 06/26/14 | J | | |
| 168. California Resources Corp. | A | Dividend | | | Sold | 12/05/14 | J | A | |
| 169. Capital One Financial Corp. | A | Dividend | K | T | Buy (add'l) | 06/23/14 | J | | |
| 170. | | | | | Buy (add'l) | 12/11/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. CBS Corp. | A | Dividend | | | Buy (add'l) | 03/24/14 | J | | |
| 172. | | | | | Sold (part) | 05/01/14 | J | A | |
| 173. | | | | | Sold (part) | 06/23/14 | J | B | |
| 174. | | | | | Sold (part) | 07/17/14 | J | A | |
| 175. | | | | | Buy (add'l) | 09/05/14 | J | | |
| 176. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 177. | | | | | Sold | 10/03/14 | J | A | |
| 178. Celgene Corp. | A | Dividend | | | Sold (part) | 02/03/14 | J | A | |
| 179. | | | | | Sold (part) | 03/24/14 | J | A | |
| 180. | | | | | Sold (part) | 03/27/14 | J | A | |
| 181. | | | | | Sold | 07/02/14 | J | A | |
| 182. Chevron Corp. | A | Dividend | | | Sold | 02/20/14 | J | A | |
| 183. Chipotle Mexican Grill | A | Dividend | | | Sold (part) | 01/03/14 | J | A | |
| 184. | | | | | Sold | 01/22/14 | J | B | |
| 185. Chubb Corp. | A | Dividend | J | T | Sold (part) | 04/28/14 | J | A | |
| 186. | | | | | Sold (part) | 06/09/14 | J | A | |
| 187. | | | | | Buy (add'l) | 10/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Cintas Corp. | A | Dividend | K | T | | | | | |
| 189. Cisco Systems Inc. | A | Dividend | | | Sold | 01/02/14 | J | A | |
| 190. Cit Group Inc. | A | Dividend | | | Sold (part) | 01/06/14 | J | B | |
| 191. | | | | | Sold | 04/16/14 | J | B | |
| 192. Citibank-Checking | B | Interest | K | T | | | | | |
| 193. Citibank Insured Money Mkt Acct. | A | Interest | J | T | | | | | |
| 194. Citibank Insured Money Mkt. Acct. | A | Interest | K | T | | | | | |
| 195. Citibank Insured Money Mkt Acct. | A | Interest | J | T | | | | | |
| 196. Citibank-Insured Money Market | C | Interest | K | T | | | | | |
| 197. Citibank-Insured Money Market | C | Interest | K | T | | | | | |
| 198. Citigroup Inc. | A | Dividend | | | Sold (part) | 01/31/14 | J | A | |
| 199. | | | | | Sold (part) | 02/06/14 | J | A | |
| 200. | | | | | Sold (part) | 04/15/14 | J | A | |
| 201. | | | | | Sold (part) | 04/24/14 | J | A | |
| 202. | | | | | Sold (part) | 06/09/14 | J | A | |
| 203. | | | | | Sold | 09/30/14 | J | C | |
| 204. Clearbridge Aggr Gwth | A | Dividend | M | T | Buy | 01/13/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 03/20/14 | J | A | |
| 206. | | | | | Buy (add'l) | 03/20/14 | J | | |
| 207. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 208. Clearbridge Appreciation Fund | E | Dividend | M | T | | | | | |
| 209. Cognizant Tech Solutions | A | Dividend | | | Sold (part) | 01/31/14 | J | A | |
| 210. | | | | | Sold (part) | 02/07/14 | J | A | |
| 211. | | | | | Sold (part) | 03/14/14 | J | A | |
| 212. | | | | | Sold (part) | 03/27/14 | J | A | |
| 213. | | | | | Sold (part) | 04/29/14 | J | A | |
| 214. | | | | | Sold (part) | 06/09/14 | J | A | |
| 215. | | | | | Sold (part) | 06/10/14 | J | A | |
| 216. | | | | | Sold (part) | 06/11/14 | J | A | |
| 217. | | | | | Sold | 08/18/14 | J | B | |
| 218. Comcast Corp. | A | Dividend | K | T | Buy (add'l) | 01/10/14 | J | | |
| 219. | | | | | Buy (add'l) | 02/21/14 | J | | |
| 220. | | | | | Buy (add'l) | 11/17/14 | J | | |
| 221. Conagra Foods Inc. | A | Dividend | | | Buy (add'l) | 02/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 17 of 51

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

09/24/2015

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 02/24/14 | J | A | |
| 223. | | | | | Sold | 03/17/14 | J | A | |
| 224. Copa Holdings | A | Dividend | | | Buy | 06/16/14 | J | | |
| 225. | | | | | Buy (add'l) | 06/18/14 | J | | |
| 226. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 227. | | | | | Sold | 10/02/14 | J | A | |
| 228. Costco Wholesale Corp. | A | Dividend | K | T | Buy (add'l) | 01/17/14 | J | | |
| 229. | | | | | Sold (part) | 04/22/14 | J | A | |
| 230. | | | | | Sold (part) | 04/23/14 | J | A | |
| 231. | | | | | Sold (part) | 04/24/14 | J | A | |
| 232. | | | | | Sold (part) | 05/30/14 | J | A | |
| 233. | | | | | Sold (part) | 06/09/14 | J | A | |
| 234. | | | | | Sold (part) | 06/13/14 | J | A | |
| 235. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 236. Crane Co. | A | Dividend | K | T | | | | | |
| 237. CVS / Caremark Corp. | A | Dividend | K | T | Buy (add'l) | 01/06/14 | J | | |
| 238. | | | | | Buy (add'l) | 01/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 01/17/14 | J | | |
| 240. | | | | | Buy (add'l) | 01/21/14 | J | | |
| 241. | | | | | Buy (add'l) | 01/24/14 | J | | |
| 242. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 243. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 244. Danaher Corp. | A | Dividend | K | T | Sold (part) | 02/04/14 | J | A | |
| 245. | | | | | Sold (part) | 02/07/14 | J | A | |
| 246. | | | | | Sold (part) | 02/11/14 | J | A | |
| 247. | | | | | Sold (part) | 07/29/14 | J | A | |
| 248. Davis NY Venture Fund - Mutual Fund | A | Dividend | M | T | | | | | |
| 249. Delta Air Lines, Inc. | A | Dividend | J | T | Buy | 10/20/14 | J | | |
| 250. | | | | | Buy (add'l) | 12/29/14 | J | | |
| 251. Discover Financial Services | A | Dividend | | | Sold | 01/06/14 | J | B | |
| 252. Discovery Communication | A | Dividend | | | Buy | 08/11/14 | J | | |
| 253. | | | | | Buy (add'l) | 08/20/14 | J | | |
| 254. | | | | | Sold | 10/13/14 | J | A | |
| 255. Dollar General Corp. | A | Dividend | J | T | Buy | 08/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 257. | | | | | Buy (add'l) | 08/19/14 | J | | |
| 258. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 259. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 260. Dover Corp. | A | Dividend | | | Buy | 04/22/14 | J | | |
| 261. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 262. | | | | | Buy (add'l) | 06/19/14 | J | | |
| 263. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 264. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 265. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 266. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 267. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 268. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 269. | | | | | Sold | 12/10/14 | K | B | |
| 270. Dow Chemical | A | Dividend | J | T | Buy | 02/20/14 | J | | |
| 271. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 272. | | | | | Buy (add'l) | 05/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Dr. Pepper Snapple Group Inc. | A | Dividend | K | T | Buy | 07/01/14 | J | | |
| 274. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 275. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 276. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 277. | | | | | Buy (add'l) | 08/18/14 | J | | |
| 278. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 279. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 280. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 281. Dreyfus Liquid Assets | A | Interest | | | Sold | 01/08/14 | J | A | |
| 282. DTE Energy Corp. | A | Dividend | J | T | Buy | 02/04/14 | J | | |
| 283. | | | | | Buy (add'l) | 02/06/14 | J | | |
| 284. | | | | | Buy (add'l) | 02/18/14 | J | | |
| 285. | | | | | Buy (add'l) | 10/14/14 | J | | |
| 286. Duke Energy | A | Dividend | | | Sold | 12/22/14 | J | A | |
| 287. Eaton Corp. | A | Dividend | | | Sold | 04/10/14 | J | C | |
| 288. Ebay Inc. | A | Dividend | J | T | Sold (part) | 01/27/14 | J | A | |
| 289. | | | | | Buy (add'l) | 03/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 291. | | | | | Buy (add'l) | 05/16/14 | J | | |
| 292. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 293. | | | | | Sold (part) | 06/19/14 | J | A | |
| 294. | | | | | Sold (part) | 07/24/14 | J | A | |
| 295. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 296. | | | | | Buy (add'l) | 10/30/14 | J | | |
| 297. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 298. | | | | | Sold (part) | 12/10/14 | J | A | |
| 299. Electronic Arts Inc. | A | Dividend | K | T | Buy (add'l) | 04/25/14 | J | | |
| 300. EMC Corp/Mass | A | Dividend | J | T | Buy | 07/28/14 | J | | |
| 301. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 302. | | | | | Buy (add'l) | 09/05/14 | J | | |
| 303. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 304. | | | | | Buy (add'l) | 09/09/14 | J | | |
| 305. Empire State Municipal Exempt Fund | A | Interest | J | T | | | | | |
| 306. EOG RES Inc. | A | Dividend | J | T | Sold (part) | 02/14/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 06/09/14 | J | | |
| 308. | | | | | Buy (add'l) | 06/11/14 | J | | |
| 309. | | | | | Buy (add'l) | 06/19/14 | J | | |
| 310. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 311. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 312. | | | | | Sold (part) | 10/23/14 | J | B | |
| 313. | | | | | Sold (part) | 11/24/14 | J | A | |
| 314. Estee Lauder Companies | A | Dividend | J | T | Buy | 05/28/14 | J | | |
| 315. | | | | | Buy (add'l) | 06/09/14 | J | | |
| 316. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 317. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 318. | | | | | Buy (add'l) | 06/25/14 | J | | |
| 319. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 320. | | | | | Buy (add'l) | 10/14/14 | J | | |
| 321. | | | | | Sold (part) | 12/15/14 | J | A | |
| 322. Everest RE Group Ltd. | A | Dividend | J | T | Sold (part) | 02/07/14 | J | A | |
| 323. | | | | | Sold (part) | 06/09/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 09/03/14 | J | A | |
| 325. Exelon | A | Dividend | J | T | | | | | |
| 326. Express Scripts Holdings Co. | A | Dividend | | | Sold | 12/22/14 | J | A | |
| 327. F5 Networks Inc. | A | Dividend | J | T | Buy | 02/07/14 | J | | |
| 328. | | | | | Buy (add'l) | 03/19/14 | J | | |
| 329. | | | | | Buy (add'l) | 04/08/14 | J | | |
| 330. | | | | | Sold (part) | 06/26/14 | J | A | |
| 331. | | | | | Sold (part) | 07/14/14 | J | A | |
| 332. Facebook Inc. | A | Dividend | J | T | Buy | 04/07/14 | J | | |
| 333. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 334. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 335. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 336. Fedex Corp. | A | Dividend | | | Buy (add'l) | 01/08/14 | J | | |
| 337. | | | | | Buy (add'l) | 01/10/14 | J | | |
| 338. | | | | | Sold | 06/06/14 | J | A | |
| 339. Fidelity National Information | A | Dividend | J | T | Buy (add'l) | 01/08/14 | J | | |
| 340. | | | | | Sold (part) | 02/18/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 04/23/14 | J | A | |
| 342. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 343.  Fiserv Inc. | A | Dividend | J | T | Sold (part) | 01/03/14 | J | A | |
| 344. | | | | | Buy (add'l) | 01/23/14 | J | | |
| 345. | | | | | Buy (add'l) | 01/24/14 | J | | |
| 346. | | | | | Sold (part) | 04/23/14 | J | A | |
| 347. | | | | | Buy (add'l) | 09/04/14 | J | | |
| 348. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 349. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 350. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 351.  Ford Motor Co. | A | Dividend | K | T | Buy (add'l) | 03/19/14 | J | | |
| 352. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 353.  Gamestop Corp. | A | Dividend | J | T | Buy (add'l) | 01/16/14 | J | | |
| 354. | | | | | Buy (add'l) | 02/03/14 | J | | |
| 355.  Gannett Co. | A | Dividend | | | Buy (add'l) | 02/20/14 | J | | |
| 356. | | | | | Sold (part) | 05/01/14 | J | A | |
| 357. | | | | | Sold | 10/15/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 358. General Motors Corp. | A | Dividend | | | Sold | 02/27/14 | J | A | |
| 359. Genworth Financial Inc. | A | Dividend | | | Buy (add'l) | 01/10/14 | J | | |
| 360. | | | | | Buy (add'l) | 03/24/14 | J | | |
| 361. | | | | | Sold (part) | 05/27/14 | J | A | |
| 362. | | | | | Sold (part) | 06/09/14 | J | A | |
| 363. | | | | | Sold (part) | 06/26/14 | J | A | |
| 364. | | | | | Sold | 08/06/14 | J | B | |
| 365. Gilead Sciences Inc. | A | Dividend | K | T | Buy (add'l) | 03/18/14 | J | | |
| 366. | | | | | Buy (add'l) | 04/11/14 | J | | |
| 367. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 368. | | | | | Buy (add'l) | 06/16/14 | J | | |
| 369. | | | | | Sold (part) | 09/26/14 | J | A | |
| 370. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 371. | | | | | Sold (part) | 12/26/14 | J | A | |
| 372. GP Strategies Corp. | | None | J | T | | | | | |
| 373. Goldman Sachs Group Inc. | A | Dividend | J | T | Sold (part) | 01/10/14 | J | B | |
| 374. | | | | | Buy (add'l) | 04/10/14 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 376. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 377. Google Inc. | A | Dividend | K | T | Buy (add'l) | 06/09/14 | J | | |
| 378. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 379. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 380. | | | | | Buy (add'l) | 11/13/14 | J | | |
| 381. Halliburton Co. | A | Dividend | | | Buy (add'l) | 06/13/14 | J | | |
| 382. | | | | | Sold | 10/17/14 | J | A | |
| 383. Harding Loevner | A | Dividend | M | T | Buy (add'l) | 01/03/14 | J | | |
| 384. Hasbro Inc. | A | Dividend | | | Sold (part) | 06/09/14 | J | A | |
| 385. | | | | | Sold | 07/14/14 | J | A | |
| 386. Health Net Inc. | A | Dividend | J | T | Buy (add'l) | 04/07/14 | J | | |
| 387. | | | | | Buy (add'l) | 04/24/14 | J | | |
| 388. | | | | | Sold (part) | 06/09/14 | J | A | |
| 389. | | | | | Sold (part) | 06/12/14 | J | A | |
| 390. Hess Corp. | A | Dividend | K | T | Buy (add'l) | 01/16/14 | J | | |
| 391. | | | | | Buy (add'l) | 02/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. | | | | | Buy (add'l) | 02/20/14 | J | | |
| 393. | | | | | Buy (add'l) | 03/05/14 | J | | |
| 394. | | | | | Sold (part) | 11/14/14 | J | A | |
| 395. | | | | | Sold (part) | 12/03/14 | J | A | |
| 396. Hershey Co. | A | Dividend | | | Buy | 02/04/14 | J | | |
| 397. | | | | | Buy (add'l) | 02/19/14 | J | | |
| 398. | | | | | Sold (part) | 07/14/14 | J | A | |
| 399. | | | | | Sold | 09/03/14 | J | A | |
| 400. Hewlett Packard Co. | A | Dividend | K | T | Buy (add'l) | 01/13/14 | J | | |
| 401. Illinois Tool Works | A | Dividend | | | Sold (part) | 03/19/14 | J | B | |
| 402. | | | | | Sold (part) | 05/08/14 | J | A | |
| 403. | | | | | Sold | 05/09/14 | J | A | |
| 404. Intercontinentalexchange Inc. | A | Dividend | J | T | Sold (part) | 03/18/14 | J | A | |
| 405. | | | | | Sold (part) | 03/24/14 | J | A | |
| 406. | | | | | Sold (part) | 04/07/14 | J | A | |
| 407. | | | | | Sold (part) | 05/02/14 | J | A | |
| 408. | | | | | Sold (part) | 05/20/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 06/09/14 | J | A | |
| 410. | | | | | Sold (part) | 08/19/14 | J | A | |
| 411. Interferon Sciences, Inc. | | None | J | T | | | | | |
| 412. Int'l. Business Machines Corp. | A | Dividend | | | Sold | 02/03/14 | J | A | |
| 413. Intuitive Surgical Inc. | A | Dividend | J | T | Buy | 03/27/14 | J | | |
| 414. | | | | | Buy (add'l) | 04/22/14 | J | | |
| 415. | | | | | Sold (part) | 06/18/14 | J | A | |
| 416. | | | | | Sold (part) | 06/20/14 | J | A | |
| 417. | | | | | Sold (part) | 06/27/14 | J | A | |
| 418. Investment Company of America - Mutual Fund (American Fund) | A | Dividend | M | T | Buy (add'l) | 03/27/14 | J | | |
| 419. | | | | | Sold (part) | 03/27/14 | J | A | |
| 420. IRA-Citibank-CD | A | Interest | J | T | | | | | |
| 421. IRA-Citibank-Money Market | A | Interest | J | T | | | | | |
| 422. IRA-Soloman - Treasury Bond | A | Interest | J | T | | | | | |
| 423. Ishares Trust Ibox High Yield | A | Dividend | J | T | Buy | 12/30/14 | J | | |
| 424. ITT | A | Dividend | J | T | Buy | 07/18/14 | J | | |
| 425. | | | | | Buy (add'l) | 09/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 427. | | | | | Sold (part) | 12/03/14 | J | A | |
| 428. JM Smucker Co. | A | Dividend | | | Sold (part) | 01/02/14 | J | B | |
| 429. | | | | | Sold | 02/12/14 | J | A | |
| 430. Johnson & Johnson | A | Dividend | L | T | | | | | |
| 431. JP Morgan Chase & Co. | A | Dividend | J | T | Buy (add'l) | 01/10/14 | J | | |
| 432. | | | | | Buy (add'l) | 01/17/14 | J | | |
| 433. | | | | | Sold (part) | 06/09/14 | J | A | |
| 434. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 435. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 436. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 437. Kinder Morgan Inc. | A | Dividend | | | Sold | 02/20/14 | J | A | |
| 438. Kraft Food Group Inc. | A | Dividend | | | Sold | 01/08/14 | J | A | |
| 439. Kroger Co. | A | Dividend | K | T | Sold (part) | 06/09/14 | J | A | |
| 440. | | | | | Sold (part) | 06/18/14 | J | B | |
| 441. L-3 Communications Holdings | A | Dividend | J | T | Buy | 11/14/14 | J | | |
| 442. | | | | | Buy (add'l) | 12/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 51

**Name of Person Reporting**

Pollak, Cheryl L.

**Date of Report**

09/24/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. Legg Mason Clearbridge Appreciation Fund | B | Dividend | L | T | | | | | |
| 444. Legg Mason Inc. | A | Dividend | L | T | | | | | |
| 445. Liberty Media Corp. | A | Dividend | | | Sold (part) | 02/20/14 | J | A | |
| 446. | | | | | Sold | 03/24/14 | J | B | |
| 447. Linear Technology Corp. | A | Dividend | | | Buy | 03/24/14 | J | | |
| 448. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 449. | | | | | Buy (add'l) | 05/01/14 | J | | |
| 450. | | | | | Buy (add'l) | 05/07/14 | J | | |
| 451. | | | | | Buy (add'l) | 05/09/14 | J | | |
| 452. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 453. | | | | | Sold (part) | 07/23/14 | J | A | |
| 454. | | | | | Sold | 10/17/14 | J | B | |
| 455. Lincoln National Corp. | A | Dividend | J | T | Buy (add'l) | 01/06/14 | J | | |
| 456. | | | | | Buy (add'l) | 01/16/14 | J | | |
| 457. | | | | | Buy (add'l) | 01/31/14 | J | | |
| 458. | | | | | Sold (part) | 06/09/14 | J | A | |
| 459. | | | | | Sold (part) | 06/12/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 09/03/14 | J | B | |
| 461. | | | | | Sold (part) | 11/24/14 | J | A | |
| 462. Linkedin Corp. | A | Dividend | | | Sold | 02/12/14 | J | B | |
| 463. Lord Abbott Equity Fund | A | Dividend | J | T | | | | | |
| 464. LMP Real Estate Income | A | Dividend | J | T | | | | | |
| 465. LMP Stk Appr. Fund | A | Dividend | J | T | | | | | |
| 466. Lockheed Martin Corp. | A | Dividend | J | T | Buy | 01/23/14 | J | | |
| 467. | | | | | Buy (add'l) | 03/19/14 | J | | |
| 468. | | | | | Buy (add'l) | 05/16/14 | J | | |
| 469. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 470. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 471. Lyondellbasell | A | Dividend | J | T | Sold (part) | 01/06/14 | J | A | |
| 472. | | | | | Sold (part) | 02/12/14 | J | A | |
| 473. Macy's Inc. | A | Dividend | | | Sold (part) | 04/10/14 | J | A | |
| 474. | | | | | Sold | 05/08/14 | J | C | |
| 475. Marathon Petroleum Corp, | A | Dividend | | | Buy (add'l) | 01/06/14 | J | | |
| 476. | | | | | Sold (part) | 01/22/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 01/27/14 | J | A | |
| 478. | | | | | Sold | 02/06/14 | J | A | |
| 479. McDonald's Corp. | A | Dividend | | | Sold (part) | 05/20/14 | J | A | |
| 480. | | | | | Sold (part) | 06/09/14 | J | A | |
| 481. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 482. | | | | | Sold | 09/30/14 | J | A | |
| 483. Mead Johnson Nutrition Co. | A | Dividend | J | T | Buy (add'l) | 01/03/14 | J | | |
| 484. | | | | | Buy (add'l) | 01/06/14 | J | | |
| 485. | | | | | Buy (add'l) | 01/30/14 | J | | |
| 486. | | | | | Sold (part) | 04/24/14 | J | A | |
| 487. | | | | | Sold (part) | 05/13/14 | J | A | |
| 488. | | | | | Sold (part) | 06/12/14 | J | A | |
| 489. | | | | | Sold (part) | 12/10/14 | J | A | |
| 490. Medtronic Inc. | A | Dividend | J | T | Sold (part) | 02/04/14 | J | A | |
| 491. | | | | | Sold (part) | 05/05/14 | J | A | |
| 492. | | | | | Sold (part) | 09/03/14 | J | A | |
| 493. | | | | | Sold (part) | 10/02/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 51

**Name of Person Reporting**

Pollak, Cheryl L.

**Date of Report**

09/24/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold (part) | 10/03/14 | J | A | |
| 495. Merck & Co. Inc. | A | Dividend | J | T | Sold (part) | 04/25/14 | J | A | |
| 496. | | | | | Sold (part) | 04/29/14 | J | A | |
| 497. Merrill Lynch 5 MITSR 168 mps | A | Interest | J | T | | | | | |
| 498. Microsoft Corp. | A | Dividend | K | T | Buy (add'l) | 04/03/14 | J | | |
| 499. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 500. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 501. | | | | | Buy (add'l) | 11/06/14 | J | | |
| 502. Mondelez International | A | Dividend | | | Buy | 04/24/14 | J | | |
| 503. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 504. | | | | | Sold | 08/04/14 | J | A | |
| 505. Monsanto Co. | A | Dividend | J | T | Sold (part) | 02/24/14 | J | A | |
| 506. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 507. | | | | | Buy (add'l) | 04/24/14 | J | | |
| 508. Monster Beverage Corp. | A | Dividend | K | T | Buy | 02/12/14 | J | | |
| 509. | | | | | Buy (add'l) | 02/21/14 | J | | |
| 510. | | | | | Buy (add'l) | 03/07/14 | J | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 34 of 51

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

09/24/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 03/12/14 | J | | |
| 512. | | | | | Buy (add'l) | 05/09/14 | J | | |
| 513. Morgan Lewis & Bockius LLP, Firm Capital | E | Interest | O | T | | | | | |
| 514. Morgan Stanley NY Municipal | A | Dividend | J | T | | | | | |
| 515. Murphy Oil Corp. | A | Dividend | | | Buy | 07/22/14 | J | | |
| 516. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 517. | | | | | Sold (part) | 10/29/14 | J | A | |
| 518. | | | | | Sold | 12/05/14 | J | B | |
| 519. Navient Corp. | A | Dividend | | | Sold | 05/20/14 | J | A | |
| 520. Netsuite Inc. | A | Dividend | J | T | Buy | 05/07/14 | J | | |
| 521. | | | | | Buy (add'l) | 05/08/14 | J | | |
| 522. New York St Hsg | A | Dividend | | | Buy | 01/13/14 | J | | |
| 523. | | | | | Sold | 01/22/14 | J | A | |
| 524. Nike Inc. | A | Dividend | K | T | Buy (add'l) | 01/03/14 | J | | |
| 525. | | | | | Buy (add'l) | 01/08/14 | J | | |
| 526. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 527. | | | | | Buy (add'l) | 04/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 51

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

09/24/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold (part) | 06/09/14 | J | A | |
| 529. | | | | | Sold (part) | 06/13/14 | J | A | |
| 530. | | | | | Buy (add'l) | 09/05/14 | J | | |
| 531. | | | | | Buy (add'l) | 10/14/14 | J | | |
| 532. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 533. Noble Energy Inc. | A | Dividend | | | Sold (part) | 01/10/14 | J | A | |
| 534. | | | | | Sold (part) | 02/12/14 | J | A | |
| 535. | | | | | Sold | 02/26/14 | J | A | |
| 536. Nustar Energy LP | A | Dividend | | | Sold | 01/22/14 | J | A | |
| 537. Nuveen Municipal Advantage | A | Interest | J | T | Sold (part) | 01/22/14 | J | A | |
| 538. Nuveen New York Quality | A | Interest | J | T | | | | | |
| 539. Nuveen NY Amt Free Municipal | B | Interest | L | T | | | | | |
| 540. N.Y. State Urban Development Bonds (Y) | A | Interest | J | T | | | | | |
| 541. NXP Semiconductors NV | A | Dividend | J | T | Buy | 07/30/14 | J | | |
| 542. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 543. Occidental Petroleum Corp. | A | Dividend | K | T | Sold (part) | 02/03/14 | J | A | |
| 544. | | | | | Buy (add'l) | 06/30/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 51

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

09/24/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 545. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 546. | | | | | Buy (add'l) | 10/14/14 | J | | |
| 547. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 548. | | | | | Buy (add'l) | 10/30/14 | J | | |
| 549. | | | | | Sold (part) | 12/03/14 | J | A | |
| 550. | | | | | Sold (part) | 12/16/14 | J | B | |
| 551. Office Depot Inc. | A | Dividend | J | T | Buy | 02/05/14 | J | | |
| 552. Oppenheimer Global Opportunity Fund | B | Dividend | M | T | | | | | |
| 553. Oracle Corp. | A | Dividend | J | T | Buy | 06/27/14 | J | | |
| 554. | | | | | Buy (add'l) | 10/13/14 | J | | |
| 555. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 556. Parker Hannifin Corp. | A | Dividend | | | Sold | 08/07/14 | J | A | |
| 557. Partnerre Ltd. | A | Dividend | K | T | Buy (add'l) | 01/06/14 | J | | |
| 558. | | | | | Buy (add'l) | 01/10/14 | J | | |
| 559. | | | | | Buy (add'l) | 02/06/14 | J | | |
| 560. | | | | | Buy (add'l) | 05/01/14 | J | | |
| 561. | | | | | Buy (add'l) | 06/26/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 51

Name of Person Reporting
Pollak, Cheryl L.

Date of Report
09/24/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 562. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 563. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 564. Patterson Cos Inc. | A | Dividend | | | Sold (part) | 01/24/14 | J | A | |
| 565. | | | | | Sold (part) | 02/04/14 | J | A | |
| 566. | | | | | Sold | 02/14/14 | J | A | |
| 567. Pepsico Inc. | A | Dividend | J | T | Buy (add'l) | 01/08/14 | J | | |
| 568. | | | | | Buy (add'l) | 01/21/14 | J | | |
| 569. | | | | | Buy (add'l) | 02/14/14 | J | | |
| 570. | | | | | Buy (add'l) | 02/18/14 | J | | |
| 571. | | | | | Sold (part) | 08/18/14 | J | A | |
| 572. Petsmart | A | Dividend | | | Sold (part) | 01/03/14 | J | A | |
| 573. | | | | | Sold | 01/17/14 | J | A | |
| 574. Pfizer Inc. | A | Dividend | K | T | Sold (part) | 06/09/14 | J | A | |
| 575. | | | | | Sold (part) | 07/22/14 | J | A | |
| 576. | | | | | Sold (part) | 10/01/14 | J | A | |
| 577. | | | | | Sold (part) | 10/27/14 | J | A | |
| 578. Pimco High Yield Fund | A | Dividend | N | T | Buy (add'l) | 01/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 580. | | | | | Sold (part) | 12/22/14 | J | A | |
| 581. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 582. Polaris Industries Inc. | A | Dividend | J | T | Buy (add'l) | 01/27/14 | J | | |
| 583. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 584. Precision Castparts Corp. | A | Dividend | J | T | Sold (part) | 02/03/14 | J | A | |
| 585. | | | | T | Sold (part) | 02/07/14 | J | A | |
| 586. | | | | | Sold (part) | 04/07/14 | J | A | |
| 587. | | | | | Sold (part) | 08/15/14 | J | A | |
| 588. Priceline Group Inc. | A | Dividend | K | T | Sold (part) | 04/16/14 | J | B | |
| 589. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 590. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 591. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 592. Pulte Group Inc. | A | Dividend | | | Sold (part) | 03/03/14 | J | A | |
| 593. | | | | | Sold | 03/19/14 | J | A | |
| 594. Putnam New Opportunities | A | Dividend | K | T | | | | | |
| 595. Quintiles Transnational Holding | A | Dividend | J | T | Buy | 03/13/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Pollak, Cheryl L.

09/24/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Buy (add'l) | 03/18/14 | J | | |
| 597. | | | | | Buy (add'l) | 03/27/14 | J | | |
| 598. Raytheon Company | A | Dividend | J | T | Buy (add'l) | 01/03/14 | J | | |
| 599. | | | | | Buy (add'l) | 04/21/14 | J | | |
| 600. | | | | | Buy (add'l) | 05/09/14 | J | | |
| 601. | | | | | Buy (add'l) | 05/12/14 | J | | |
| 602. | | | | | Buy (add'l) | 06/25/14 | J | | |
| 603. | | | | | Buy (add'l) | 07/30/14 | J | | |
| 604. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 605. Regal Entertainment | A | Dividend | | | Buy (add'l) | 01/17/14 | J | | |
| 606. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 607. | | | | | Sold | 04/24/14 | J | A | |
| 608. Schlumberger Ltd. | A | Dividend | J | T | Sold (part) | 01/10/14 | J | A | |
| 609. | | | | | Sold (part) | 02/11/14 | J | A | |
| 610. | | | | | Sold (part) | 03/24/14 | J | A | |
| 611. | | | | | Sold (part) | 03/27/14 | J | A | |
| 612. | | | | | Sold (part) | 04/24/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Buy (add'l) | 05/16/14 | J | | |
| 614. | | | | | Sold (part) | 07/31/14 | J | A | |
| 615. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 616. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 617. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 618. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 619. Schwab Gov't Money Fund | A | Dividend | K | T | Buy | 01/03/14 | J | | |
| 620. | | | | | Sold (part) | 01/06/14 | J | A | |
| 621. | | | | | Sold (part) | 01/08/14 | J | A | |
| 622. | | | | | Buy (add'l) | 01/10/14 | J | | |
| 623. | | | | | Buy (add'l) | 01/14/14 | J | | |
| 624. | | | | | Buy (add'l) | 01/15/14 | J | | |
| 625. | | | | | Buy (add'l) | 01/16/14 | J | | |
| 626. | | | | | Sold (part) | 01/22/14 | J | A | |
| 627. | | | | | Sold (part) | 01/23/14 | J | A | |
| 628. | | | | | Sold (part) | 01/24/14 | J | A | |
| 629. | | | | | Buy (add'l) | 01/28/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Buy (add'l) | 01/30/14 | J | | |
| 631. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 632. | | | | | Buy (add'l) | 02/10/14 | J | | |
| 633. | | | | | Buy (add'l) | 02/19/14 | J | | |
| 634. | | | | | Buy (add'l) | 03/04/14 | J | | |
| 635. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 636. | | | | | Buy (add'l) | 03/12/14 | J | | |
| 637. | | | | | Buy (add'l) | 03/18/14 | J | | |
| 638. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 639. | | | | | Sold (part) | 04/03/14 | J | A | |
| 640. | | | | | Buy (add'l) | 05/02/14 | J | | |
| 641. | | | | | Buy (add'l) | 05/16/14 | J | | |
| 642. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 643. | | | | | Buy (add'l) | 06/11/14 | J | | |
| 644. | | | | | Buy (add'l) | 06/17/14 | J | | |
| 645. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 646. | | | | | Buy (add'l) | 08/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Buy (add'l) | 08/18/14 | J | | |
| 648. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 649. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 650. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 651. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 652. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 653. | | | | | Buy (add'l) | 11/18/14 | J | | |
| 654. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 655. | | | | | Buy (add'l) | 12/08/14 | J | | |
| 656. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 657. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 658. | | | | | Buy (add'l) | 12/24/14 | J | | |
| 659. | | | | | Buy (add'l) | 12/29/14 | J | | |
| 660. Seligman Communication - Mutual Fund | B | Dividend | J | T | | | | | |
| 661. Servicenow Inc. | A | Dividend | J | T | Buy | 04/28/14 | J | | |
| 662. | | | | | Buy (add'l) | 05/07/14 | J | | |
| 663. Sherwin-Williams Co. | A | Dividend | K | T | Buy (add'l) | 04/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Buy (add'l) | 05/09/14 | J | | |
| 665. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 666. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 667. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 668. SLM Corp. | A | Dividend | J | T | Buy | 04/16/14 | J | | |
| 669. | | | | | Buy (add'l) | 05/23/14 | J | | |
| 670. | | | | | Sold (part) | 07/23/14 | J | A | |
| 671. Spectra Energy | A | Dividend | | | Sold | 12/22/14 | J | A | |
| 672. Starbucks Corp. | A | Dividend | K | T | Sold (part) | 04/24/14 | J | A | |
| 673. | | | | | Sold (part) | 05/20/14 | J | A | |
| 674. | | | | | Buy (add'l) | 09/26/14 | J | | |
| 675. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 676. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 677. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 678. Stericycle Inc. | A | Dividend | | | Sold | 03/05/14 | J | A | |
| 679. Templeton Global Bond Fund | A | Dividend | M | T | Buy (add'l) | 01/22/14 | J | | |
| 680. | | | | | Buy (add'l) | 01/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Sold (part) | 12/22/14 | J | A | |
| 682. Thornburg Ltd. | A | Dividend | N | T | | | | | |
| 683. TJX Companies Inc. | A | Dividend | | | Sold (part) | 06/09/14 | J | A | |
| 684. | | | | | Sold (part) | 06/24/14 | J | A | |
| 685. | | | | | Sold (part) | 07/16/14 | J | A | |
| 686. | | | | | Sold (part) | 07/17/14 | J | A | |
| 687. | | | | | Sold | 07/30/14 | J | A | |
| 688. Twenty-First Centry Fox | A | Dividend | | | Buy | 03/06/14 | J | | |
| 689. | | | | | Buy (add'l) | 03/07/14 | J | | |
| 690. | | | | | Sold (part) | 07/23/14 | J | A | |
| 691. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 692. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 693. | | | | | Sold | 11/05/14 | J | A | |
| 694. U.S. Savings Bonds ▮ | A | Interest | J | T | | | | | |
| 695. U.S. Treasury Bills | A | Interest | | | Matured | 03/10/14 | J | A | |
| 696. U.S. Treasury Notes | B | Interest | | | Matured | 03/10/14 | J | A | |
| 697. U.S. Treasury Notes | B | Interest | | | Matured | 03/10/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. U.S. Treasury Securities | D | Interest | | | Matured | 03/10/14 | J | A | |
| 699. U.S. Treasury Securities | D | Interest | | | Matured | 03/10/14 | J | A | |
| 700. US Bancorp. | A | Dividend | K | T | Buy | 02/21/14 | J | | |
| 701. | | | | | Buy (add'l) | 05/02/14 | J | | |
| 702. | | | | | Buy (add'l) | 12/08/14 | J | | |
| 703. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 704. UBS Financial - Blackrock NY Municipal Trust | B | Interest | | | Sold | 01/22/14 | J | A | |
| 705. UBS Financial - Blackrock Muni Term Trust | A | Interest | | | Sold | 01/22/14 | J | A | |
| 706. UBS Financial - Powershares | A | Dividend | | | Sold | 01/22/14 | J | A | |
| 707. Union Pacific Corp. | A | Dividend | K | T | Buy (add'l) | 01/08/14 | J | | |
| 708. | | | | | Buy (add'l) | 01/17/14 | J | | |
| 709. | | | | | Sold (part) | 06/10/14 | J | B | |
| 710. | | | | | Sold (part) | 09/08/14 | J | B | |
| 711. | | | | | Sold (part) | 11/13/14 | J | A | |
| 712. | | | | | Sold (part) | 11/14/14 | J | A | |
| 713. Unit EIF Equity S&P 500 | A | Dividend | K | T | | | | | |
| 714. United Technologies Corp. | A | Dividend | | | Buy | 04/22/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 716. | | | | | Sold (part) | 07/15/14 | J | A | |
| 717. | | | | | Sold | 09/05/14 | J | A | |
| 718. Unitedhealth Group Inc. | A | Dividend | J | T | Buy | 09/03/14 | J | | |
| 719. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 720. Valero Energy Corp. | A | Dividend | K | T | Sold (part) | 01/03/14 | J | A | |
| 721. | | | | | Sold (part) | 02/12/14 | J | A | |
| 722. | | | | | Sold (part) | 04/24/14 | J | A | |
| 723. | | | | | Sold (part) | 06/09/14 | J | B | |
| 724. | | | | | Sold (part) | 06/30/14 | J | A | |
| 725. | | | | | Sold (part) | 07/17/14 | J | A | |
| 726. | | | | | Buy (add'l) | 10/21/14 | J | | |
| 727. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 728. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 729. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 730. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 731. Vanguard Charlotte | A | Dividend | J | T | Buy | 12/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Pollak, Cheryl L.

09/24/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. Vanguard Short Term Tax Exempt Admiral Share | A | Int./Div. | N | T | | | | | |
| 733. Verisk Analytics Inc. | A | Dividend | | | Buy (add'l) | 03/10/14 | J | | |
| 734. | | | | | Buy (add'l) | 03/17/14 | J | | |
| 735. | | | | | Sold | 04/11/14 | J | A | |
| 736. Verizon Communications Inc. | A | Dividend | J | T | Buy (add'l) | 01/14/14 | J | | |
| 737. | | | | | Buy (add'l) | 02/21/14 | J | | |
| 738. | | | | | Buy (add'l) | 02/25/14 | J | | |
| 739. | | | | | Buy (add'l) | 03/24/14 | J | | |
| 740. | | | | | Sold (part) | 05/28/14 | J | A | |
| 741. | | | | | Sold (part) | 06/09/14 | J | A | |
| 742. | | | | | Sold (part) | 06/19/14 | J | A | |
| 743. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 744. | | | | | Sold (part) | 12/03/14 | J | | |
| 745. Vertex Pharmaceuticals Inc. | A | Dividend | J | T | Buy (add'l) | 05/01/14 | J | | |
| 746. | | | | | Sold (part) | 06/27/14 | J | A | |
| 747. Viacom Inc. | A | Dividend | | | Sold (part) | 01/06/14 | J | A | |
| 748. | | | | | Sold (part) | 05/01/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Sold (part) | 05/14/14 | J | B | |
| 750. | | | | | Sold (part) | 06/09/14 | J | A | |
| 751. | | | | | Sold | 09/26/14 | J | C | |
| 752. Visa Inc. | A | Dividend | K | T | Buy (add'l) | 03/10/14 | J | | |
| 753. | | | | | Buy (add'l) | 05/27/14 | J | | |
| 754. | | | | | Buy (add'l) | 06/09/14 | J | | |
| 755. Wal-Mart Stores, Inc. | A | Dividend | | | Sold (part) | 02/20/14 | J | A | |
| 756. | | | | | Sold (part) | 05/01/14 | J | A | |
| 757. | | | | | Sold (part) | 06/09/14 | J | A | |
| 758. | | | | | Sold | 06/19/14 | J | B | |
| 759. Walt Disney Co. | A | Dividend | K | T | Sold (part) | 06/09/14 | J | A | |
| 760. | | | | | Sold (part) | 06/11/14 | J | A | |
| 761. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 762. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 763. | | | | | Buy (add'l) | 11/12/14 | J | | |
| 764. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 765. | | | | | Buy (add'l) | 12/04/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**      Name of Person Reporting      Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. Wells Fargo & Company | A | Dividend | | | Buy (add'l) | 06/19/14 | J | | |
| 767. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 768. | | | | | Sold | 12/05/14 | K | B | |
| 769. Western Asset N.Y Muni Mrkt. | A | Interest | | | Redeemed | 04/21/14 | J | A | |
| 770. Westwood Income Oppty | A | Dividend | O | T | Buy (add'l) | 01/03/14 | J | | |
| 771. | | | | | Buy (add'l) | 01/23/14 | J | | |
| 772. WW Grainger Inc. | A | Dividend | | | Sold (part) | 03/19/14 | J | A | |
| 773. | | | | | Sold | 04/09/14 | J | A | |
| 774. Xerox Corp. | A | Dividend | J | T | Buy (add'l) | 02/03/14 | J | | |
| 775. | | | | | Buy (add'l) | 02/28/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**Pollak, Cheryl L.**

Date of Report

09/24/2015

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Page 8 of 51, Line 72; "AMG GW&K Small Cap" - this is the complete name of the holding that previously was shown as GW&K Small Cap

Page 8 of 51, Line 84; "Anthem Inc." - as of 12/3/14 was formerly known as Wellpoint Inc.

Page 13 of 51, Line 168; "California Resources Corp. - spun off of Occidental Petroleum Corp. on 12/1/14, and then this holding was completely sold on 12/5/14.

Page 34 of 51, Line 519; "Navient Corp." - spun off of SLM Corp. on 5/6/14 and then this holding was completely sold on 5/20/14.

Page 38 of 51, Line 588; "Priceline Group Inc." - as of 4/1/14 was formerly known as Priceline.com Inc.

Page 42 of 51, Line 660; "Seligman Communication Mutual Fund" - this is a holding ▆▆▆▆ acquired a very long time ago and we have no way of further describing it. In efforts of full disclosure, this holding has been disclosed as a precaution rather than omitting it from the report even though ▆ is not sure ▆ still owns it.

Page 45 of 51, Line 713; "Unit EIF Equity S&P 500" this holding was formerly known as UTS Equity. In the 2013 Financial Disclosure report, it was reported that we could not find it because it had been renamed.

Page 49 of 514, Line 769; "Western Asset N.Y Muni Mrkt." - was completely redeemed on 4/21/11 and should have been reported on the 2011 Financial Disclosure Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Cheryl L. Pollak**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544